IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Randall Brian Bush,                                            CV. 10-780 SU

         Plaintiff,                                            ORDER

    v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

REDDEN, Judge:

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (# 17) on July 8, 2011. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When, as here, no objections are filed, the court is not required to give the record *de novo* review. *Lorin Corp. v. Goto & Co., Ltd.*, 700 F2d 1202, 1206 (9th Cir 1983). *See also Britt v.*

ORDER- 1

*Simi Valley Unified School Dist.,* 708 F2d 452, 454 (9th Cir 1983). I find no error. Accordingly, I adopt the Findings and Recommendation of Magistrate Judge Sullivan.

The Commissioner's decision denying benefits is reversed and this matter is remanded for computation and payment of benefits in accordance with the Findings and Recommendation.

IT IS SO ORDERED.

Dated this 3 day of August, 2011.

James A. Redden
United States District Judge

ORDER- 2