Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone:  (503) 227-4600
FAX :   (503) 248-6800
e-mail: maynards@bennetthartman.com
   Attorney for Plaintiff



UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

RANDALL BRIAN BUSH,

   Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner, Social Security
Administration,

   Defendant.

Civil No. CV 10-780-SU

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $8,166.17, pursuant to 28 U.S.C §2412, costs in the amount of $356.15, and expenses in the amount of $178.25, be awarded to Plaintiff, pursuant to 28 U.S.C §1920, for a total of $8,700.57. The award should be made payable to Plaintiff and mailed to Plaintiff's attorney.

DATED: _____30_____ day of _August_, 2011

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
/s/_____
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES -- BUSH